# UNITED STATES DISTRICT COURT
## for the Southern District of California

|  | Case Number |
|---|---|
| Plaintiff(s) <br> v. <br><br> Defendant(s) | <br><br> **ORDER RE REQUEST TO PROCEED** <br> ***IN FORMA PAUPERIS*** |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

Dated: _____  _____/s/_____

United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

    ☐ Inadequate showing of indigency      ☐ District Court lacks jurisdiction
    ☐ Legally and/or factually patently frivolous      ☐ Immunity as to
    ☐ Other:

Comments:

Dated: _____  _____

United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

    ☐ GRANTED
    ☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
        ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
        ☐ This case is hereby DISMISSED immediately.
        ☐ This case is hereby REMANDED to state court.

Dated: _____  _____

United States District Judge